JUDGE FRANK MONTALVO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SONIA ARACELI CARDOZA (1), and<br>ERIKA JARAMILLO (2),<br><br>Defendants. | § § § § § § § § § § § § § § § | CRIMINAL NO. EP-16-CR-<br><br>**INDICTMENT**<br><br>CT 1: 21:963-Conspiracy to Import a Controlled Substance;<br>CT 2: 21:952(a)-Importation of a Controlled Substance;<br>CT 3: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; and<br>CT 4: 21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance. |

THE GRAND JURY CHARGES:

**EP16CR2310**

**COUNT ONE**
(21 U.S.C. § 963, 952(a), 960(a)(1) & 960(b))

That on or about November 30, 2016, in the Western District of Texas, Defendants,

**SONIA ARACELI CARDOZA (1), and
ERIKA JARAMILLO (2),**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved marijuana, a Schedule I Controlled Substance, into the United States from Mexico, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b) in the quantities set forth below:

REV 04.10.2014

## QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of the mixture or substance containing marijuana involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| SONIA ARACELI CARDOZA (1) | a quantity of a mixture or substance containing a detectable amount of marijuana | 21 U.S.C. § 960(b)(4) |
| ERIKA JARAMILLO (2) | a quantity of a mixture or substance containing a detectable amount of marijuana | 21 U.S.C. § 960(b)(4) |

All in violation of Title 21, United States Code, Section 963.

## COUNT TWO
(21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(4))

That on or about November 30, 2016, in the Western District of Texas, Defendants,

**SONIA ARACELI CARDOZA (1), and
ERIKA JARAMILLO (2),**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(4).

## COUNT THREE
(21 U.S.C. §§ 846, 841(a)(1) & 841(b))

That on or about November 30, 2016, in the Western District of Texas, Defendants,

**SONIA ARACELI CARDOZA (1) and**
**ERIKA JARAMILLO (2),**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved marijuana, a Schedule I Controlled Substance, with intent to distribute same, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b) in the quantities set forth below:

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of the mixture or substance containing marijuana involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| **SONIA ARACELI CARDOZA (1)** | a quantity of a mixture or substance containing a detectable amount of marijuana | 21 U.S.C. § 841(b)(1)(D) |
| **ERIKA JARAMILLO (2)** | a quantity of a mixture or substance containing a detectable amount of marijuana | 21 U.S.C. § 841(b)(1)(D) |

All in violation of Title 21, United States Code, Section 846.

# COUNT FOUR
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(D))

That on or about November 30, 2016, in the Western District of Texas, Defendant,

**SONIA ARACELI CARDOZA (1)**
**ERIKA JARAMILLO (2),**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney